JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOS GRINGOS, INC., an Arizona corporation,<br><br>                  Plaintiff,<br><br>vs.<br><br>BAJA SHARKEEZ, INC., a California corporation dba SHARKEEZ, and Does 1 through 10, inclusive,<br><br>                  Defendants. | CASE NO. SACV07-899 AHS (ANx)<br><br>[Assigned To The Hon. Alicemarie H. Stotler]<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| AND RELATED COUNTERCLAIMS | Date Action Filed: August 3, 2007 |

1

1  The parties herein through their respective counsel of record having stipulated, the Court enters its Order as follows:

**IT IS ORDERED:**

1. This entire action, including the Complaint filed by Plaintiff Dos Gringos, Inc. ("Dos Gringos") and the Counterclaim filed by Baja Sharkeez, Inc., is hereby dismissed with prejudice; and

2. The Parties hereto shall each bear their own costs and attorneys' fees.

DATED: <u>September 9, 2008</u>            <u>**ALICEMARIE H. STOTLER**</u>
                                           Hon. Alicemarie H. Stotler
                                           Chief United States District Judge